No. 57007.—China Trade & Industrial Service, Inc. v. United States, protest 185940-K (New York).

Opinion by JOHNSON, J.  From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.  The protest was therefore overruled.